UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60462-CIV-DIMITROULEAS

GARY F. THOMPSON,

    Plaintiff,

vs.

BIEHL & BIEHL, INC.,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon the Notice of Voluntary Dismissal with Prejudice [DE-5], filed herein on April 13, 2009.  The Court has carefully considered the Notice and is otherwise fully advised in the premises.  The Court notes that the Defendant has yet to file either an answer or a motion for summary judgment.  Fed. R. Civ. P. 41(a)(1)(A)(i).

    Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Joint Stipulation [DE-5] is hereby **APPROVED**.

    2.    The above-styled action is hereby **DISMISSED WITH PREJUDICE**.

    3.    The Clerk shall deny any pending motions as moot.

    4.    The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of April, 2009.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record